IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

M&I MARSHALL & ILSLEY BANK,

                                                         OPINION AND ORDER

Plaintiff,

10-cv-503-slc[1]

v.

JOHN ANDREW GLAVIN,
a/k/a JOHN-ANDREW: GLAVIN,
MONOGRAM CREDIT CARD BANK,
WELLS FARGO BANK NEVADA, N.A.,
CITIBANK, UNITED STATES OF AMERICA
and WISCONSIN RIVER COOP SERVICES,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In a January 10, 2011 order, I granted plaintiff M&I Marshall and Ilsley Bank's motion to remand this case after defendant John Andrew Glavin had removed it from the Circuit Court for Juneau County, Wisconsin. In addition, I granted plaintiff's motion for costs and attorney fees because plaintiff lacked an objectively reasonable basis for believing that this case qualified for removal. I ordered plaintiff to submit an itemization of the actual

---

[1] For the purposes of issuing this order, I am assuming jurisdiction over the case.

expenses, including costs and attorney fees, it incurred in responding to defendant's notice of removal. Also, I gave defendant an opportunity to object to any of the itemized costs as well as a chance to explain more generally why he should not be required to pay plaintiff's costs.

Now plaintiff has submitted an itemized statement of attorney fees totaling $1650.00. Defendant has failed to file a response of any kind. From my review of the request, I am satisfied that the amount requested is fair and reasonable.

ORDER

IT IS ORDERED that plaintiff M&I Marshall Ilsley Bank is awarded attorney fees in the amount of $1650.00. Defendant John Andrew Glavin may have until June 9, 2011 in which to pay this amount to plaintiff.

Entered this 6th day of May, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge