IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

M&I MARSHALL & ILSLEY BANK,

    Plaintiff,

v.

JOHN ANDREW GLAVIN,
a/k/a JOHN-ANDREW: GLAVIN,
MONOGRAM CREDIT CARD BANK,
WELLS FARGO BANK NEVADA, N.A.,
CITIBANK, UNITED STATES OF AMERICA
and WISCONSIN RIVER COOP SERVICES,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-503-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff M&I Marshall & Ilsley Bank against defendant John Andrew Glavin awarding attorney fees in the amount of $1650.00.

_Peter Oppeneer_, Clerk of Court      5/11/11 Date